# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| RUBEN ARCHULETA, | ) | No. ED CV 13-1045-GW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| AMY MILLER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: June 15, 2014

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE